UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ELK GROVE, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-02456-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 4) |

　　　　Plaintiff Raj Singh proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's complaint be dismissed because Defendants Jonathan Hobbs, Suzanne Kennedy, and Gerard F. Keena ("individual Defendants") are absolutely immune from suit and Plaintiff fails to state a claim upon which relief can be granted against Defendant City of Elk Grove. (Doc. No. 4.) Further, the magistrate judge found that "the deficiencies of the complaint cannot be cured by amendment." (*Id*. at 5.) Accordingly, the magistrate judge recommended Plaintiff's complaint be dismissed without leave to amend. (*Id.*)

　　　　Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.*

1

at 4.) On November 26, 2024, Plaintiff filed objections to the pending findings and recommendations. (Doc. No. 5.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 8, 2024 (Doc. No. 4) are ADOPTED in full;
2. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2025**

Dena Coggins
United States District Judge

---

[1] On November 26, 2024, Plaintiff also filed an unauthorized first amended complaint. (Doc. No. 6.) The court has reviewed the allegations in Plaintiff's first amended complaint and concludes the allegations are insufficient to state a claim upon which relief can be granted.

2